# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>RICHARD DAVIS and JERI DAVIS,<br><br>v. Syngenta Crop Protection, LLC, et al<br><br>Case No.: 3:21-pq-01411 | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that Rhon E. Jones, of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., hereby enters his appearance in the above-captioned matter as counsel for the Plaintiffs listed above, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned counsel.

Dated: February 15, 2024,                                 Respectfully Submitted,


/s/ *Rhon E. Jones*
Rhon E. Jones
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160 (36103-4160)
Montgomery, Alabama 36104
(800) 898-2034 telephone
(334) 954-7555 facsimile
Rhon.Jones@BeasleyAllen.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of Illinois using the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

                                                      /s/ Rhon E. Jones
                                                      Rhon E. Jones